Magistrate Judge Theiler

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 2 3 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                          Plaintiff, )
                    v. )
ABU KHALID ABDUL-LATIF, )
  a/k/a JOSEPH ANTHONY DAVIS, )
                            )
WALLI MUJAHIDH, )
  a/k/a FREDERICK DOMINGUE, JR., )
                            )
                 Defendants. )
                            )

NO. MJ11-292

MOTION FOR DETENTION
ORDER

The United States moves for pretrial detention of the Defendants ABU KHALID ABDUL-LATIF, a/k/a JOSEPH ANTHONY DAVIS, and WALLI MUJAHIDH, a/k/a FREDERICK DOMINGUE, JR., pursuant to 18 U.S.C. § 3142(e) and (f).

    1.    **Eligibility of Case**. This case is eligible for a detention order because this case involves (check all that apply):

    X    Crime of violence (18 U.S.C. § 3156)

    X    Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    X    Crime with a maximum sentence of life imprisonment or death

    ___    Drug offense with a maximum sentence of ten years or more

MOTION FOR DETENTION HEARING

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

___ Felony offense involving a minor victim other than a crime of violence

X Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

X Serious risk the Defendants will flee

X Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2.    **Reason for Detention**.  The Court should detain the Defendants because there are no conditions of release which will reasonably assure (check one or both):

X Defendants' appearance as required

X Safety of any other person and the community

3.    **Rebuttable Presumption**.  The United States *will* invoke the rebuttable presumption against Defendants under § 3142(e). The presumption applies because:

___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

___ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

X Probable cause to believe Defendants committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.    **Time for Detention Hearing**.  The United States requests the Court conduct the detention hearings:

X At the initial appearance

___ After continuance of _____ days (not more than 3)

MOTION FOR DETENTION HEARING

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 23rd day of June, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
MICHAEL DION
Assistant United States Attorneys

MOTION FOR DETENTION HEARING

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970