```
_____ FILED    _____ ENTERED
_____ LODGED _____ RECEIVED
```

## JUN 23 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 11-292 |
| Plaintiff, ) | INVOCATION OF RIGHTS AT |
| ) | INITIAL APPEARANCE |
| vs. ) | |
| Abu Khalid Abdul-Latif ) | |
| Defendant. ) | |
| _____ ) | |

I, Abu Khalid Abdul-Latif, the defendant in the above-entitled case, accept _Jennifer Wellman_ as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 23rd day of _June_, 20 10.

_A.K. Abdul-Latif_
Defendant

Approved by:

_____
Attorney for Defendant

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100