MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. MJ 11-292 MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE RE: ORAL MOTION FOR |
| | ) | PRESERVATION OF EVIDENCE |
| ABU KHALID ABDUL-LATIF, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On June 29, 2011, the defense moved the Court for an order directing the government and its agents, including, but not limited to, the Seattle Police Department and the Washington State Department of Corrections, to preserve, without any manner of alteration, all recording devices, electronic storage mechanisms and media, or other materials, physical or electronic, and all statements, stenographic, mechanical, electronic, or otherwise, taken or recorded of and/or about the Source, taken in connection with, or potentially relevant to this case, that were generated before the alleged meeting between the Source and the defendant, on or about June 6, 2011, described on page 14 of the Affidavit in support of the Amended Complaint.

NOTICE RE: ORAL MOTION FOR
PRESERVATION OF EVIDENCE
(*Abu Abdul-Latif;* MJ11-292MAT)                              1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

In support of the motion, the defense noted that initial meetings are particularly important in evaluating whether the defendant was subject to entrapment and any evidence relating to the Source's early contact with Mr. Abdul-Latif was particularly relevant.  Despite this, according to the Amended Complaint, law enforcement neglected to record early meeting(s) between the Source and the defendant while the Source was acting at the direction of the Seattle Police Department, in or around May and early June, 2011 and before he became a paid informant for the Federal Bureau of Investigations. *See* Amended Complaint at pp. 12-14.  Nevertheless, the defense believes relevant records may exist elsewhere.

In particular, the defense believes that based on the Source's significant criminal history, his whereabouts, communications and/or activities were either captured by his cell phone and/or were closely monitored by the State of Washington by various means, including but not limited to, Global Position System technology. Not only is this information relevant evidence, but time is of the essence for their preservation because, for example, such data may be routinely destroyed as a matter of course.

In response to the motion, the Court directed the defense to provide a proposed Order before ruling on the motion.  Thereafter, the government advised defense counsel that, based upon defense counsels's noted concerns, the government had contacted the relevant state agencies, including the Department of Corrections, to identify whether relevant evidence existed and direct the agencies to preserve all potential evidence it may have

///

///

///

///

///

NOTICE RE: ORAL MOTION FOR
PRESERVATION OF EVIDENCE
(*Abu Abdul-Latif;* MJ11-292MAT)   2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

regarding the Source and the investigation.  For this reason, an order  by the Court is not needed at this time and the defense therefore, withdraws its oral motion.

DATED this 5th day of July, 2011.

Respectfully submitted,

s/   Jennifer E. Wellman
WSBA No.   29193
Attorney for Abu Khalid Abdul-Latif
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
jennifer_wellman@fd.org

s/   Erik B. Levin
NYSB No. 4049268
Attorney for Abu Khalid Abdul-Latif
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
erik_levin@fd.org

NOTICE RE: ORAL MOTION FOR
PRESERVATION OF EVIDENCE
(*Abu Abdul-Latif;* MJ11-292MAT)            3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Michael Dion and Todd Greenberg.

s/ Barbara G. Hughes
Legal Assistant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
barbara_hughes@fd.org

NOTICE RE: ORAL MOTION FOR
PRESERVATION OF EVIDENCE
(*Abu Abdul-Latif;* MJ11-292MAT)

4

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**